# EXHIBIT 2

| | |
|---|---|
| **From:** | Kim Cruz |
| **To:** | "jsb@bplaw-inc.com" |
| **Cc:** | Ryan Canavan; Stephen Aherne; Tonya Jamois; "wrp@bplaw-inc.com" |
| **Subject:** | RE: Gonazlez v. Spruce Holldngs, LLC dba Redwood Springs Healthcare Center |
| **Date:** | Wednesday, August 26, 2020 2:16:31 PM |

Hi Jason:

This email shall confirm that you have graciously granted Defendant, Spruce Holdings, LLC dba Redwoods Springs Healthcare Center (erroneously separately sued and served as Redwood Springs Healthcare Center and Spruce Holdings, LLC) a one week extension in which to file and serve a response to Plaintiffs' Complaint.  This response is now due September 4, 2020.

I will forward a meet and confer with the information regarding our PREP Act defense shortly under separate cover.

Very truly yours,

Kim Cruz
**Wilson Getty LLP**
12555 High Bluff Drive, Suite 270
San Diego, California  92130
Office: 858.847.3237
Cell:    949.697.7723
www.wilsongetty.com

PRIVILEGED AND CONFIDENTIAL: This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

**From:** Kim Cruz
**Sent:** Thursday, August 20, 2020 2:07 PM
**To:** 'wrp@bplaw-inc.com' <wrp@bplaw-inc.com>; 'jsb@bplaw-inc.com' <jsb@bplaw-inc.com>
**Cc:** Ryan Canavan <rcanavan@wilsongetty.com>; Stephen Aherne <SAherne@wilsongetty.com>; Tonya Jamois <tjamois@wilsongetty.com>
**Subject:** Gonazlez v. Spruce Holldngs, LLC dba Redwood Springs Healthcare Center

Dear Counsel:

Please call me at your earliest convenience.  I am contacting you to meet and confer regarding our response to Plaintiffs' Complaint, which is due August 28, 2020.

I may be reached at 949-697-7723.

Very truly yours,

Kim Cruz
**Wilson Getty LLP**
12555 High Bluff Drive, Suite 270

San Diego, California  92130
Office: 858.847.3237
Cell:     949.697.7723
**www.wilsongetty.com**

PRIVILEGED AND CONFIDENTIAL: This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.