William C. Wilson, SBN: 149683
Kim S. Cruz, SBN: 177406
Ryan G. Canavan, SBN: 313990
WILSON GETTY LLP
12555 High Bluff Drive, Suite 270
San Diego, California 92130
Telephone:  858.847.3237
Facsimile:   858.847.3365
Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER (erroneously sued and served as separate entities)

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GONZALEZ, individually and as Successor in Interest to the Estate of Santiago Gonzalez, deceased; JORGE GONZALEZ; AMERICO GONZALEZ; MARISUSI RODRIGUEZ; RAMONA RODRIGUEZ; ROBERTO GONZALEZ; TARCILA REVELES; and SANTIAGO GONZALEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:20-cv-01260-NONE-EPG<br><br>*Removed from Tulare Superior Court Case No. VCU283547*<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>[Assigned to U.S. Magistrate Judge Erica P. Grosjean]<br><br>Complaint Filed: July 15, 2020 |

Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER (erroneously sued and served as separate entities and hereinafter "Defendant") and Plaintiffs JAIME GONZALEZ, individually and as Successor in Interest to the Estate of Santiago Gonzalez, deceased; JORGE GONZALEZ; AMERICO GONZALEZ; MARISUSI RODRIGUEZ; RAMONA RODRIGUEZ; ROBERTO GONZALEZ; TARCILA REVELES; and SANTIAGO GONZALEZ ("Plaintiffs") hereby stipulate to extend the time for Defendant to answer or

otherwise respond to Plaintiffs' Complaint up to and including September 25, 2020, as follows:

1. Plaintiffs filed their Complaint in the Superior Court of California, County of Tulare on July 15, 2020.

2. Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER was served with the State Superior Court Complaint on July 29, 2020.

3. On August 26, 2020, Plaintiffs granted Defendant a one-week extension to September 4, 2020, in which to respond to the Superior Court Complaint.

4. On September 4, 2020, Defendant removed the action to the United States District Court for the Eastern District of California to 28 U.S.C. §§ 1331, 1442, 1442, and 1446.

3. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Defendant's responsive pleading or motion to dismiss the complaint is currently due on September 11, 2020.

4. The parties agree and stipulate that Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER's time to answer or otherwise respond to the complaint shall be extended to September 25, 2020.

5. The parties further acknowledge that in entering this stipulation Plaintiffs in no way accede to this Court's subject matter jurisdiction or waive any arguments that can or will be brought in support of a Motion for Remand.

Dated: September 9, 2020               BARADAT & PABOOJIAN

                                       By: _____
                                           Warren R. Paboojian
                                           Jason S. Bell
                                       Attorneys for Plaintiffs

///

-2-
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT

Dated: September 10, 2020                    WILSON GETTY LLP

By: /s/ Kim S. Cruz
_____
William C. Wilson
Kim S. Cruz
Ryan Canavan

Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER (erroneously sued and served as separate entities)

## ORDER

Pursuant to the foregoing stipulation, and good cause appearing, the request to extend the time for Defendant, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER for one week to September 25, 2020, is **GRANTED.**

IT IS SO ORDERED.

DATED: _____, 2020

_____
Honorable Judge Magistrate/Judge of the
United States District Court