# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GONZALEZ, individually and as Successor in Interest to the Estate of Santiago Gonzalez, deceased; JORGE GONZALEZ; AMERICO GONZALEZ; MARISUSI RODRIGUEZ; RAMONA RODRIGUEZ; ROBERTO GONZALEZ; TARCILA REVELES; and SANTIAGO GONZALEZ, <br><br>Plaintiffs, <br><br>vs. <br><br>REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; and DOES 1 to 50, inclusive, <br><br>Defendants. | Case No. 1:20-cv-01260-NONE-EPG <br><br>**ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** <br><br>(ECF No. 5) |

Pursuant to the stipulation of the parties (ECF No. 5), and good cause appearing, IT IS ORDERED THAT the time for Defendant, Spruce Holdings, LLC dba Redwood Springs Healthcare Center, to answer or otherwise respond to the complaint is extended to September 25, 2020.

IT IS SO ORDERED.

Dated: __September 10, 2020__       /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE