Warren R. Paboojian, No. 128462
wrp@bplaw-inc.com
Jason S. Bell, No. 213234
jsb@bplaw-inc.com
BARADAT & PABOOJIAN, INC.
720 West Alluvial Avenue
Fresno, California 93711
Telephone: (559) 431-5366
Facsimile: (559) 431-1702

Attorneys for Plaintiffs
JAIME GONZALEZ, individually
and as Successor in Interest to the
Estate of Santiago Gonzalez, deceased;
JORGE GONZALEZ; AMERICO GONZALEZ;
MARISUSI RODRIGUEZ; RAMONA RODRIGUEZ;
ROBERTO GONZALEZ; TARCILA REVELES;
and SANTIAGO GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GONZALEZ, individually and as Successor in Interest to the Estate of Santiago Gonzalez, deceased; JORGE GONZALEZ; AMERICO GONZALEZ; MARISUSI RODRIGUEZ; RAMONA RODRIGUEZ; ROBERTO GONZALEZ; TARCILA REVELES; and SANTIAGO GONZALEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:20-cv-01260-NONE-EPG<br><br>**[Removal from Superior Court of California, County of Tulare, Case No. 283547]**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND**<br><br>**Hearing:**<br><br>**Date : November 2, 2020**<br>**Time : 9:30 a.m.**<br>**Courtroom: 4** |

Upon consideration of the papers filed by the parties, the Court finds that:

1. Defendants have failed to carry their burden of establishing that the case is removable under the Federal Officer removal statute (28 U.S.C. § 1442(a)(1)).

2. Defendants have also failed to carry their burden of proving that the case is removable pursuant to the Public Readiness and Emergency Preparedness Act, 42 U.S.C. §§ 247d-6d, 247d-6e (West

///

1  2020) (hereinafter the "PREP Act").  The Court finds there is no "federal question" subject matter
2  jurisdiction in this Court (28 U.S.C. § 1331).
3        3.    The Court declines to exercise jurisdiction over the case as an "important federal
4  question."
5        IT IS HEREBY ORDERED that this action is immediately remanded to the Superior Court of the
6  State of California, City and County of Tulare, where the action was originally filed as Case No. 283547.
7        IT IS SO ORDERED.

Dated: _____                                   _____
                                                          UNITED STATES DISTRICT JUDGE