1  Warren R. Paboojian, No. 128462
   wrp@bplaw-inc.com
2  Jason S. Bell, No. 213234
   jsb@bplaw-inc.com
3  BARADAT & PABOOJIAN, INC.
   720 West Alluvial Avenue
4  Fresno, California 93711
   Telephone: (559) 431-5366
5  Facsimile: (559) 431-1702

6  Attorneys for Plaintiffs
   JAIME GONZALEZ, individually
7  and as Successor in Interest to the
   Estate of Santiago Gonzalez, deceased;
8  JORGE GONZALEZ; AMERICO GONZALEZ;
   MARISUSI RODRIGUEZ; RAMONA RODRIGUEZ;
9  ROBERTO GONZALEZ; TARCILA REVELES;
   and SANTIAGO GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GONZALEZ, individually and as Successor in Interest to the Estate of Santiago Gonzalez, deceased; JORGE GONZALEZ; AMERICO GONZALEZ; MARISUSI RODRIGUEZ; RAMONA RODRIGUEZ; ROBERTO GONZALEZ; TARCILA REVELES; and SANTIAGO GONZALEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; and DOES 1 to 50, inclusive, <br><br> Defendants. | Case No. 1:20-cv-01260-NONE-EPG <br><br> **REQUEST FOR STAY OF BRIEFING ON MOTION TO DISMISS PENDING RULING ON MOTION TO REMAND** |

On September 4, 2020, Defendant, REDWOOD SPRINGS HEALTHCARE CENTER ("Redwood Springs") removed the above-entitled action to this Court from the Tulare County Superior Court. (Doc. 1.)

On September 25, 2020, Redwood Springs filed a Motion to Dismiss. (Doc. 7.) Plaintiffs' Opposition to the Motion to Dismiss is currently due October 16, 2020.

///

Plaintiffs have filed a Motion to Remand for lack of subject matter jurisdiction. (Doc. 11.) In the interests of preservation of party and judicial resources, Plaintiffs request the Court stay briefing on the Motion to Dismiss until the jurisdictional issues have been decided.

Dated: October 2, 2020                                          BARADAT & PABOOJIAN, INC.

                                                By:     /s/
                                                    Warren R. Paboojian
                                                    Jason S. Bell
                                                    Attorneys for Plaintiffs
                                                    JAIME GONZALEZ; JORGE
                                                    GONZALEZ; AMERICO GONZALEZ;
                                                    MARISUSI RODRIGUEZ; RAMONA
                                                    RODRIGUEZ; ROBERTO GONZALEZ;
                                                    TARCILA REVELES; and SANTIAGO
                                                    GONZALEZ