Warren R. Paboojian, No. 128462
wrp@bplaw-inc.com
Jason S. Bell, No. 213234
jsb@bplaw-inc.com
BARADAT & PABOOJIAN, INC.
720 West Alluvial Avenue
Fresno, California 93711
Telephone: (559) 431-5366
Facsimile: (559) 431-1702

Attorneys for Plaintiffs
JAIME GONZALEZ, individually
and as Successor in Interest to the
Estate of Santiago Gonzalez, deceased;
JORGE GONZALEZ; AMERICO GONZALEZ;
MARISUSI RODRIGUEZ; RAMONA RODRIGUEZ;
ROBERTO GONZALEZ; TARCILA REVELES;
and SANTIAGO GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GONZALEZ, individually and as Successor in Interest to the Estate of Santiago Gonzalez, deceased; JORGE GONZALEZ; AMERICO GONZALEZ; MARISUSI RODRIGUEZ; RAMONA RODRIGUEZ; ROBERTO GONZALEZ; TARCILA REVELES; and SANTIAGO GONZALEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:20-cv-01260-NONE-EPG<br><br>**[Removal from Superior Court of California, County of Tulare, Case No. 283547]**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR STAY OF BRIEFING ON MOTION TO DISMISS** |

The Court hereby stays briefing on the currently pending Motion to Dismiss until after a ruling on Plaintiffs' Motion to Remand. Plaintiffs will be required to file a Response to the Motion to Dismiss, if needed, 21 days after this Court's ruling on the Motion to Remand.

IT IS SO ORDERED.


Dated: _____                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE