William C. Wilson, SBN: 149683
Kim S. Cruz, SBN: 177406
Ryan G. Canavan, SBN: 313990
WILSON GETTY LLP
12555 High Bluff Drive, Suite 270
San Diego, California 92130
Telephone:   858.847.3237
Facsimile:   858.847.3365
Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER (erroneously sued and served as separate entities)

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GONZALEZ, individually and as Successor in Interest to the Estate of Santiago Gonzalez, deceased; JORGE GONZALEZ; AMERICO GONZALEZ; MARISUSI RODRIGUEZ; RAMONA RODRIGUEZ; ROBERTO GONZALEZ; TARCILA REVELES; and SANTIAGO GONZALEZ,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; and DOES 1 to 50, inclusive,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01260-NONE-EPG<br><br>**DEFENDANT, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION TO DISMISS (FRCP 12(b)(6)) and MOTION TO STRIKE (FRCP 12(f)) SET FOR HEARING ON OCTOBER 30, 2020; and PROPOSED ORDER**<br><br>Complaint filed: July 15, 2020<br><br>Hearing Date: October 30, 2020<br>Hearing Time: 10:00 a.m.<br>Courtroom 4 (7th floor) |

COMES NOW Defendant, SPRUCE HOLDNGS LLC dba REDWOOD SPRINGS HEALTHCARE CENTER ("Redwood Springs") and respectfully requests Oral Argument on its Motion to Dismiss and Motion to Strike, currently set for hearing on October 30, 2020, on the following grounds:

///

1. On September 25, 2020, Defendant, Redwood Springs, filed its Motion to Dismiss and Motion to Strike.  In the Motion, Defendant contends that: (1) Plaintiffs' claims relating to alleged deficiencies in the use of Personal Protective Equipment and failures to test and delays in conducting testing for COVID-19 fall within the Public Readiness and Emergency Preparedness Act ("PREP Act"); (2) the PREP Act provides for immunity with respect to Plaintiffs' claims relating to PPE and COVID-19 testing; and  (3) the PREP Act provides that exclusive jurisdiction for any claim is in the United States District Court for the District of Columbia.

2. The PREP Act has rarely been litigated until the recent COVID-19 pandemic, and the issues presented in the Motion are novel and complex.  Oral argument on Defendant's Motion will aid in the Court's understanding of this complex statute and the Declarations of the Health and Human Services Secretary which trigger and apply to this particular public health emergency, and will permit the parties to more fully explain their positions and address the Court's concerns and questions without the need for supplemental briefing.

3. Given the novel application of the Public Health Services Act's (Title 42 of the U.S.C.A., Ch. 6A) complex statutory scheme, the unique legislative history of the PREP Act, and the strong government interest in the resolution of this issue, Defendant believes oral argument will be helpful to the Court. Specifically, Defendant will address the following issues in oral argument:

    a. The importance and breadth of the PREP Act;

    b. How the Declarations of the Secretary of Health and Human Services set the scope of the PREP Act and define what measures are covered; and

    c. Why Plaintiffs' allegations regarding Personal Protective Equipment and COVID-19 testing fall within the PREP Act.

///

///

4. For the foregoing reasons, Defendant respectfully requests the Court set this matter for oral argument. Additionally, Plaintiffs have filed a Motion to Remand which also addresses the scope and applicability of the PREP Act in this matter. Defendant will be filing a Request to set oral argument on Plaintiff's Motion to Remand as well and requests the Court set oral argument on both motions on the same date.

Dated: October 7, 2020

WILSON GETTY LLP

By: /s/ Kim S. Cruz

William C. Wilson
Kim S. Cruz
Ryan Canavan

Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER (erroneously sued and served as separate entities)

-3-

DEFENDANT'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION TO DISMISS /MOTION TO STRIKE
Case No. 1:20-cv-01260-NONE-EPG