1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GONZALEZ, individually and as Successor in Interest to the Estate of Santiago Gonzalez, deceased; JORGE GONZALEZ; AMERICO GONZALEZ; MARISUSI RODRIGUEZ; RAMONA RODRIGUEZ; ROBERTO GONZALEZ; TARCILA REVELES; and SANTIAGO GONZALEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:20-cv-01260-NONE-EPG<br><br>**[PROPOSED] ORDER ON DEFENDANT, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION TO DISMISS (FRCP 12(b)(6)) and MOTION TO STRIKE (FRCP 12(f)) SET FOR HEARING ON OCTOBER 30, 2020**<br><br>Complaint Filed: July 15, 2020<br><br>Date: October 30, 2020<br>Time: 10 am<br>Courtroom: #4 (7th floor) |

It is hereby ORDERED that Defendant, Spruce Holdings, LLC dba Redwood Springs Healthcare Center's Request for Oral Argument on its Motion to Dismiss and Motion to Strike, currently set for hearing on October 30, 2020 is granted. Notice is hereby given that the Court shall hear oral argument on this motion and that the hearing set for October 30, 2020 is continued to _____, 2020, at 10 am in Courtroom #4 of this Court.

IT IS SO ORDERED.

Dated: October ___, 2020

                                              _____
                                              Hon. Dale Drozd
                                              United States District Court Judge

**[PROPOSED] ORDER**
**Case No. 1:20-cv-01260-NONE-EPG**