William C. Wilson, SBN: 149683
bwilson@wilsongetty.com
Kim S. Cruz, SBN: 177406
kcruz@wilsongetty.com
Ryan G. Canavan, SBN: 313990
rcanavan@wilsongetty.com
WILSON GETTY LLP
12555 High Bluff Drive, Suite 270
San Diego, California 92130
Telephone:	858.847.3237
Facsimile:	858.847.3365

Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER (erroneously sued and served as separate entities)

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GONZALEZ, individually and as Successor in Interest to the Estate of Santiago Gonzalez, deceased; JORGE GONZALEZ; AMERICO GONZALEZ; MARISUSI RODRIGUEZ; RAMONA RODRIGUEZ; ROBERTO GONZALEZ; TARCILA REVELES; and SANTIAGO GONZALEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; and DOES 1 to 50, inclusive, <br><br> Defendants. | Case No. 1:20-cv-01260-NONE-EPG <br><br> **DEFENDANT, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** <br><br> Complaint Filed: July 15, 2020 <br><br> Date:  November 2, 2020 <br> Time:  9:30 a.m. <br> Courtroom: #4 |

I, Kim S. Cruz, hereby declare:

1.	The following is of my own personal knowledge and if called to testify thereto, I could and would do so competently. I am an attorney at law, duly licensed to practice in the State of

---

**DECLARATION OF KIM S. CRUZ ISO OPPOSITION TO MOTION TO REMAND**
**Case No. 1:20-cv-01260-NONE-EPG**

California. I am an associate attorney at Wilson Getty LLP, attorneys of record for Defendant, Spruce Holdings, LLC dba Redwood Springs Healthcare Center.

2. A true and correct copy of the March 10, 2020 Declaration of United States Health and Human Services Secretary Alex Azar invoking the Public Readiness and Emergency Preparedness Act for the COVID-19 pandemic effective February 4, 2020 is attached to Defendant's Request for Judicial Notice as Exhibit "A."

3. A true and correct copy of the CMS.gov Centers for Medicare and Medicaid Services ("CMS") webpage regarding Quality, Safety & Oversight-Certification and Compliance, is attached to Defendant's Request for Judicial Notice as Exhibit "B."

4. A true and correct copy of CMS Memorandum QSO 20-09-ALL entitled Information for Healthcare Facilities Concerning 2019 Novel Coronavirus, is attached to Defendant's Request for Judicial Notice as Exhibit "C.'

5. A true and correct copy of CDC's Criteria to Guide Evaluation of Patients Under Investigation (PUI) for 2019-n-CoV dated January 17, 2020, is attached to Defendant's Request for Judicial Notice as Exhibit "D."

6. A true and correct copy of the phe.gov webpage - Determination that a Public Health Emergency Exists issued by Health and Human Services Secretary Azar at https://www.phe.gov/emergency/news/healthactions/phe/Pages/2019-nCoV.aspx, is attached to Defendant's Request for Judicial Notice as Ex. "E"

7. A true and correct copy of the February 28, 2020 CDC Update and Interim Guidance on Outbreak of 2019 Novel Coronavirus, is attached to Defendant's Request for Judicial Notice as Exhibit "F"

8. A true and correct copy of the March 4, 2020, CMS Memorandum QSO 20-14-NH Infection Control and Prevention of Coronavirus Disease 2019 (COVID-19) in Nursing Homes, is attached to Defendant's Request for Judicial Notice as Exhibit "G."

9. A true and correct copy of the March 8, 2020 CDC Updated Guidance on Evaluating and Testing Persons for Coronavirus Disease 2019 (COVID-19), is attached to Defendant's Request for Judicial Notice as Exhibit "H."

**DECLARATION OF KIM S. CRUZ ISO OPPOSITION TO MOTION TO REMAND**
Case No. 1:20-cv-01260-NONE-EPG

1   10.   A true and correct copy of the March 10, 2020, CMS Memorandum QSO 20-17-ALL-
Guidance for use of Certain Industrial Respirators by Health Care Personnel, is attached to
Defendant's Request for Judicial Notice as Exhibit "I."

11.   A true and correct copy of the March 13, 2020, CMS Memorandum QSO-20-14-NH-
Guidance for Infection Control and Prevention of Coronavirus Disease 2019 (COVID-19) in Nursing
Homes (REVISED), is attached to Defendant's Request for Judicial Notice as Exhibit "J."

12.   True and correct copies of the March 17, 2020, CDC documents containing strategies
for the optimizing the supply of eye protection, isolation gowns, N95 respirators and face masks, are
collectively attached to Defendant's Request for Judicial Notice as Exhibit "K."

13.   A true and correct copy of the March 20, 2020 CMS Memorandum QSO 20-20-ALL
Prioritization of Survey Activities, is attached to Defendant's Request for Judicial Notice as Exhibit
"L."

14.   A true and correct copy of the March 21, 2020 CDC publication- "Preparing for
COVID-19: Long-term Care Facilities Nursing Homes," is attached to Defendant's Request for
Judicial Notice as Exhibit "M."

15.   A true and correct copy of the April 2, 2020 CMS COVID-19 Long Term Care Facility
Guidance, is attached to Defendant's Request for Judicial Notice as Exhibit "N."

16.   A true and correct copy of the April 10, 2020, Amended Declaration of United States
Health and Human Services Secretary Alex Azar extending liability immunity to additional covered
countermeasures authorized under the Coronavirus Aid, Relief and Economic Security ("CARES")
Act (i.e., NIOSH approved respiratory protective devices), effective March 27, 2020, is attached to
Defendant's Request for Judicial Notice as Exhibit "O."

17.    A true and correct copy of the June 4, 2020, Second Amendment to Declaration Under
the Public Readiness and Emergency Preparedness Act for Medical Countermeasures Against
COVID-19, Federal Register, Vol. 85, No. 110, is attached to Defendant's Request for Judicial Notice
as Exhibit "P."

18.   A true and correct copy of the Department of Health & Human Services, Office of the
Secretary, General Counsel Advisory Opinion on the Public Readiness and Emergency Preparedness

Act and The March 10, 2020 Declaration Under the Act April 17, 2020, as modified on May 19, 2020, is attached to Defendant's Request for Judicial Notice as Exhibit "Q."

20.  A true and correct copy of the List of Covered Countermeasures subject to Emergency Use Authorizations by the United States Food and Drug Administration, is attached to Defendant's Request for Judicial Notice Exhibit "R."

21.  A true and correct copy of the August 14, 2020, Letter by Robert Charrow, General Counsel for the Office of the Secretary of the Department of Health and Human Services, to Thomas Barker of Foley Hoag, LLP is attached to Defendant's Request for Judicial Notice as Exhibit "S."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 19, 2020 at San Diego, California

                                          /s/ Kim S. Cruz
                                          Kim S. Cruz

**DECLARATION OF KIM S. CRUZ ISO OPPOSITION TO MOTION TO REMAND**
**Case No. 1:20-cv-01260-NONE-EPG**

*Jamie Gonzalez, individually and as SII to the Estate of Santiago Gonzalez, deceased, et. al. v. Redwood Springs Healthcare Center, et. al.*
**United States District Court, Eastern District of California**
**Case No.**
\*\*\*
**PROOF OF SERVICE**

I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 12555 High Bluff Drive, Suite 270, San Diego, California 92130.

On **October 19, 2020**, I served the foregoing documents, described in this action as:

**DEFENDANT, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

As follows:

Warren R. Paboojian, Esq.
Jason S. Bell, Esq.
Baradat & Paboojian, Inc.
720 West Alluvial Avenue
Fresno, CA 93711
T: 559.431.5366
F: 559.431.1702
Email: wrp@bplaw-inc.com
Email: jsb@bplaw-inc.com

**[X]    By CM/ECF ELECTRONIC DELIVERY:**    In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov.

**[X]**    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **October 19, 2020** at San Diego, California.

_____
Tonya Jamois