1  William C. Wilson, SBN: 149683
   bwilson@wilsongetty.com
2  Kim S. Cruz, SBN: 177406
   kcruz@wilsongetty.com
3  Ryan G. Canavan, SBN: 313990
   rcanavan@wilsongetty.com
4  WILSON GETTY LLP
5  12555 High Bluff Drive, Suite 270
   San Diego, California 92130
6  Telephone:    858.847.3237
   Facsimile:    858.847.3365
7
   Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE
8  CENTER (erroneously sued and served as separate entities)

9

10                          UNITED STATES DISTRICT COURT

11                  FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  | JAIME GONZALEZ, individually and as | Case No. 1:20-cv-01260-NONE-EPG |

JAIME GONZALEZ, individually and as
Successor in Interest to the Estate of Santiago
Gonzalez, deceased; JORGE GONZALEZ;
AMERICO GONZALEZ; MARISUSI
RODRIGUEZ; RAMONA RODRIGUEZ;
ROBERTO GONZALEZ; TARCILA
REVELES; and SANTIAGO GONZALEZ,

                    Plaintiffs,

vs.

REDWOOD SPRINGS HEALTHCARE
CENTER; SPRUCE HOLDINGS, LLC; and
DOES 1 to 50, inclusive,

                    Defendants.

Case No. 1:20-cv-01260-NONE-EPG

[Removed from Superior Court of California,
County of Tulare Case No. Case No. VCU283547]

**DEFENDANT, SPRUCE HOLDINGS, LLC
dba REDWOOD SPRINGS HEALTHCARE
CENTER'S NOTICE OF SUPPLEMENTAL
AUTHORITY NO. 2 IN SUPPORT OF
DEFENDANT'S OPPOSITION TO
PLAINTIFFS' MOTION TO REMAND AND
DEFENDANT'S MOTION TO DISMISS-
WITH THE FOURTH AMENDED
DECLARATION OF HEALTH AND HUMAN
SERVICES SECRETARY AZAR ISSUED
UNDER THE PREP ACT ON DECEMBER 3,
2020**

Filed: July 15, 2020

**Hearing on Plaintiff's Motion to Remand:**
**Date:    November 2, 2020**
**Time:    9:30 am**
**Courtroom:  # 4**

        TO  THE  COURT  AND  ALL  PARTIES  HEREIN  THROUGH  THEIR  COUNSEL  OF

RECORD:

1    Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE

2 CENTER, hereby submits this Notice of Supplemental Authority and lodges with the Court "December

3 3, 2020 Fourth Amended Declaration of Health and Human Services Secretary Azar Under the Public

4 Readiness and Emergency Preparedness Act for Medical Countermeasures Against COVID-19,"

5 attached hereto as Exhibit "A".

6    "[A] notice of supplemental authority [is] commonly used in the federal court system to alert

7 the Court to a decision of another court issued after the close of the briefing period." *Sisk v. Abbott*

8 *Laboratories*, 2012 WL 1164559 *1 (W.D, N.C. April 9, 2012). "[F]iling notices of supplemental

9 authorities that come to a party's attention after briefing is complete is a well-stablished practice. . .

10 [and] such practice is helpful to the Court, which of course always endeavors to apply current authority

11 in resolving the issues before it." *Hornor, Townsend & Kent, Inc. v. Hamilton*, 2004 WL 2284503 *11

12 (ND GA September 30, 2004).

13    This Amended Declaration of Health and Human Services Secretary Alex Azar is relevant to

14 the Court's determination and ruling on Plaintiff's Motion to Remand, which was set for hearing on

15 November 2, 2020, and was issued after Defendant filed its Opposition to the Motion to Remand on

16 October 19, 2020, as well as to Defendant's Motion to Dismiss, the briefing on which has been stayed

17 pending the ruling on Plaintiffs' Motion to Remand.   This Amendment, in relevant part:

18    1) Makes explicit that any case involving the interpretation of the PREP Act should be heard in the

19        federal court system because interpretation of this statute is a matter of significant federal

20        interest within the meaning of *Grable & Sons Metal Prods. v. Darue Eng'g & Mfg.*, 545 U.S.

21        308 (2005), because the federal remedies that Congress provided are exclusive of all other

22        remedies, and that federal jurisdiction is essential to the uniform provision of a national

23        response to the COVID-19 pandemic (Exhibit "A" at 1, 14, 26.);

24    2) Incorporates all United States Health and Human Services, Office of the General Counsel

25        Advisory Opinions related to COVID-19 and the PREP Act into Secretary Azar's March 10,

26        2020 initiating Declaration under the PREP Act, making the Opinions controlling authority over

27        interpretations of the PREP Act (*id.* at 3, 5, 15); and

28

-2-

1    3) Declares that an omission to administer a covered countermeasure can fall within the PREP

2       Act's protections (*id.* at 4, 13-14, 25).

3          Respectfully submitted.

4    Dated:  December 7, 2020                          WILSON GETTY LLP

5

6                                                      By:  ___/s/ Kim S. Cruz_____

7                                                           William C. Wilson
                                                            Kim S. Cruz
8                                                           Ryan Canavan

9                                                      Attorneys for Defendant SPRUCE HOLDINGS, LLC dba
                                                       REDWOOD SPRINGS HEALTHCARE CENTER
10                                                     (erroneously sued and served as separate entities)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER'S NOTICE OF SUPPLEMENTAL AUTHORITY NO. 2**
Case No. 1:20-cv-01260-NONE-EPG

*__Jamie Gonzalez, individually and as SII to the Estate of Santiago Gonzalez, deceased, et. al. v. Redwood Springs Healthcare Center, et. al.__*
**United States District Court, Eastern District of California**
**Case No. 1:20-CV-01260-NONE-EPG**


\*\*\*
**PROOF OF SERVICE**

I am employed in San Diego County.  I am over the age of 18 and not a party to this action.  My business address is 12555 High Bluff Drive, Suite 270, San Diego, California 92130.

On **December 7, 2020**, I served the foregoing documents, described in this action as:

- **DEFENDANT, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER'S NOTICE OF SUPPLEMENTAL AUTHORITY NO. 2 IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND AND DEFENDANT'S MOTION TO DISMISS-WITH THE FOURTH AMENDED DECLARATION OF HEALTH AND HUMAN SERVICES SECRETARY AZAR ISSUED UNDER THE PREP ACT ON DECEMBER 3, 2020**

As follows:

Warren R. Paboojian, Esq.
Jason S. Bell, Esq.
Baradat & Paboojian, Inc.
720 West Alluvial Avenue
Fresno, CA 93711
T: 559.431.5366
F: 559.431.1702
Email: wrp@bplaw-inc.com
Email: jsb@bplaw-inc.com

**[X]   By CM/ECF ELECTRONIC DELIVERY:**   In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov.

**[X]**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **December 7, 2020** at San Diego, California.

_____
Tonya Jamois

**PROOF OF SERVICE**