William C. Wilson, SBN: 149683
Kim S. Cruz, SBN: 177406
Ryan G. Canavan, SBN: 313990
WILSON GETTY LLP
12555 High Bluff Drive, Suite 270
San Diego, California 92130
Telephone:  858.847.3237
Facsimile:  858.847.3365

Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER (erroneously sued and served as separate entities)

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GONZALEZ, individually and as Successor in Interest to the Estate of Santiago Gonzalez, deceased; JORGE GONZALEZ; AMERICO GONZALEZ; MARISUSI RODRIGUEZ; RAMONA RODRIGUEZ; ROBERTO GONZALEZ; TARCILA REVELES; and SANTIAGO GONZALEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; and DOES 1 to 50, inclusive, <br><br> Defendants. | Case No. 1:20-cv-01260-NONE-EPG <br><br> **DEFENDANT, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER'S NOTICE OF SUPPLEMENTAL AUTHORITY NO. 3** <br><br> Complaint Filed: July 15, 2020 <br><br> **Hearing on Plaintiff's Motion to Remand:** <br> **Date:     November 2, 2020** <br> **Time:     9:30 am** <br> **Courtroom: # 4** |

TO THE COURT AND ALL PARTIES HEREIN THROUGH THEIR COUNSEL OF RECORD:

Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER, hereby submits this Third Notice of Supplemental Authority and lodges with the Court "Advisory Opinion 21-01 on the Public Readiness and Emergency Preparedness Act Scope of Preemption Provision, January 8, 2021," attached hereto as Exhibit "A.

This Opinion is relevant to the Court's determination and ruling on Plaintiff's Motion to Remand, which was set for hearing on November 2, 2020 and has been taken under submission by this

Court, and was issued after Defendant filed its Opposition to the Motion to Remand on October 19, 2020.

"[A] notice of supplemental authority [is] commonly used in the federal court system to alert the Court to a decision of another court issued after the close of the briefing period." *Sisk v. Abbott Laboratories*, 2012 WL 1164559 *1 (W.D, N.C. April 9, 2012). "[F]iling notices of supplemental authorities that come to a party's attention after briefing is complete is a well-stablished practice. . . [and] such practice is helpful to the Court, which of course always endeavors to apply current authority in resolving the issues before it." *Hornor, Townsend & Kent, Inc. v. Hamilton*, 2004 WL 2284503 *11 (ND GA September 30, 2004).  While not binding authority, advisory opinion are "entitled to respect." *Christensen v. Harris County*, 529 U.S. 576, 577 (2000).

Respectfully submitted.

Dated:  January 12, 2021                                WILSON GETTY LLP


By:  ___/s/ Kim S. Cruz_____
         William C. Wilson
         Kim S. Cruz
         Ryan Canavan

Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER
(erroneously sued and served as separate entities)

**DEFENDANT, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER'S NOTICE OF SUPPLEMENTAL AUTHORITY NO. 3**

*Jamie Gonzalez, individually and as SII to the Estate of Santiago Gonzalez, deceased, et. al. v. Redwood Springs Healthcare Center, et. al.*
**United States District Court, Eastern District of California**
**Case No. 1:20-CV-01260-NONE-EPG**

**\*\*\***
**PROOF OF SERVICE**

I am employed in San Diego County.  I am over the age of 18 and not a party to this action.  My business address is 12555 High Bluff Drive, Suite 270, San Diego, California 92130.

On **January 12, 2021**, I served the foregoing documents, described in this action as:

**DEFENDANT, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER'S NOTICE OF SUPPLEMENTAL AUTHORITY NO. 3**

As follows:

Warren R. Paboojian, Esq.
Jason S. Bell, Esq.
Baradat & Paboojian, Inc.
720 West Alluvial Avenue
Fresno, CA 93711
T: 559.431.5366
F: 559.431.1702
Email: wrp@bplaw-inc.com
Email: jsb@bplaw-inc.com

**[X]** **By CM/ECF ELECTRONIC DELIVERY:**  In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov.

**[X]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **January 12, 2021** at San Diego, California.

_____
Tonya Jamois