William C. Wilson, SBN: 149683
Kim S. Cruz, SBN: 177406
Ryan G. Canavan, SBN: 313990
WILSON GETTY LLP
12555 High Bluff Drive, Suite 270
San Diego, California 92130
Telephone:   858.847.3237
Facsimile:   858.847.3365
Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER (erroneously sued and served as separate entities)

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

JAIME GONZALEZ, individually and as Successor in Interest to the Estate of Santiago Gonzalez, deceased; JORGE GONZALEZ; AMERICO GONZALEZ; MARISUSI RODRIGUEZ; RAMONA RODRIGUEZ; ROBERTO GONZALEZ; TARCILA REVELES; and SANTIAGO GONZALEZ,

Plaintiffs,

vs.

REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; and DOES 1 to 50, inclusive,

Defendants.

Case No. 1:20-cv-01260-NONE-EPG

[Removal from Superior Court of California, County of Tulare Case No. VCU284261]

**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 123**

Judge:              Not Assigned
Magistrate Judge:   Erica P. Grosjean
Courtroom:          Not Assigned
Trial Date:         Not Set

Pursuant to E.D. Cal. Local Rule 123, Defendant, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER. provide notice that the following two actions (including this one), are related:

///

///

///

(1)     Jamie Gonzalez, individually and as Successor in Interest to the Estate of Santiago Gonzalez, deceased, Jorge Gonzalez; Americo Gonzalez; Marisusi Rodriguez; Ramona Rodriguez; Roberto Gonzaelz; Tarcila Reveles; and Santiago Gonzalez. v. Redwood Springs Healthcare Center; Spruce Holdings, LLC and Does 1 to 50, inclusive, Case No. 1-20-cv-01260-NONE_EPG, ("*Gonzalez*"); and

(2)     Gary Gagliolo, individually and as Successor in Interest to the Estate of Joseph Gagliolo v. Kaweah Manor, Inc., dba Kaweah Manor Convalescent Hospital; Spruce Holdings, LLC dba Redwood Springs Healthcare Center, and Does 1 – 50, Case No.  1:20-cv-01719-NONE-SAB, ("*Gagliolo*").

In each of these two actions, Plaintiffs allege that that due to the wrongful acts and omissions of Defendants, the Plaintiffs' respective decedents became infected with COVID-19 during their residencies at Redwood Springs Healthcare Center, and died in April, 2020.

On September 4, 2020, Defendant removed *Gonzalez* to this Court and on December 7, 2020 Defendant removed *Gagliolo* to this Court, on the grounds that: (1) the Court has "original jurisdiction" because Plaintiffs' Complaints assert claims that arise under and implicate the Public Readiness and Emergency Preparedness Act, 42 U.S.C. §§ 247d-6d, and over which the Court has exclusive jurisdiction; (2) that the cases raise substantial and important federal issues therefore providing embedded federal question jurisdiction over Plaintiffs' claims; and (3) Defendants are being sued for acts undertaken at the direction of a federal officer.

///
///
///
///
///
///
///

**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 123**

These actions are all related under Local Rule 123 because: (1) both actions involve similar questions of fact and the same questions of law and their assignment to the same Judge or Magistrate Judge is likely to affect a substantial savings of judicial effort.

Dated:  January 13, 2021                    WILSON GETTY LLP


By: /s/ Kim S. Cruz
     William C. Wilson
     Kim S. Cruz

Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER (erroneously sued and served as separate entities)

*Jamie Gonzalez, individually and as SII to the Estate of Santiago Gonzalez, deceased, et. al. v. Redwood Springs Healthcare Center, et. al.*
**United States District Court, Eastern District of California**
**Case No. 1:20-CV-01260-NONE-EPG**

**\*\*\***
**PROOF OF SERVICE**

I am employed in San Diego County.  I am over the age of 18 and not a party to this action.  My business address is 12555 High Bluff Drive, Suite 270, San Diego, California 92130.

On **January 13, 2021**, I served the foregoing documents, described in this action as:

**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 123**

As follows:

> Warren R. Paboojian, Esq.
> Jason S. Bell, Esq.
> Baradat & Paboojian, Inc.
> 720 West Alluvial Avenue
> Fresno, CA 93711
> T: 559.431.5366
> F: 559.431.1702
> Email: wrp@bplaw-inc.com
> Email: jsb@bplaw-inc.com

**[X]  By CM/ECF ELECTRONIC DELIVERY:**  In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov.

**[X]**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **January 13, 2021** at San Diego, California.

_____
Tonya Jamois