1  Warren R. Paboojian, No. 128462
   wrp@bplaw-inc.com
2  Jason S. Bell, No. 213234
   jsb@bplaw-inc.com
3  BARADAT & PABOOJIAN, INC.
   720 West Alluvial Avenue
4  Fresno, California 93711
   Telephone: (559) 431-5366
5  Facsimile: (559) 431-1702

6  Attorneys for Plaintiffs
   JAIME GONZALEZ, individually
7  and as Successor in Interest to the
   Estate of Santiago Gonzalez, deceased;
8  JORGE GONZALEZ; AMERICO GONZALEZ;
   MARISUSI RODRIGUEZ; RAMONA RODRIGUEZ;
9  ROBERTO GONZALEZ; TARCILA REVELES;
   and SANTIAGO GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GONZALEZ, individually and as Successor in Interest to the Estate of Santiago Gonzalez, deceased; JORGE GONZALEZ; AMERICO GONZALEZ; MARISUSI RODRIGUEZ; RAMONA RODRIGUEZ; ROBERTO GONZALEZ; TARCILA REVELES; and SANTIAGO GONZALEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; and DOES 1 to 50, inclusive, <br><br> Defendants. | Case No. 1:20-cv-01260-NONE-EPG <br><br> **PLAINTIFFS' OBJECTION TO NON-COURT ISSUED SUPPLEMENTAL AUTHORITY; NOTICE OF COURT-ISSUED SUPPLEMENTAL AUTHORITIES** <br><br><br> Complaint Filed: July 15, 2020 |

I.

**The Court Need Not Consider Defendants' "Supplemental Authorities," And Supplemental Authority No. 4 Should Be Stricken For Containing Improper Argument.**

On October 28, 2020, December 7, 2020, and January 12 and 22, 2021, Defendant, Redwood Springs Healthcare Center, filed various "Supplemental Authorities" in support of its Opposition to Plaintiffs' Motion to Remand. Prior "Notices" advised this Court of non-judicial material, but did not

contain improper argument. To the extent these Notices attempted to bring to the Court's attention materials which were not post-briefing relevant *case authority*, the Court need not consider them. "Filing a notice of supplemental authority to inform the Court of *a new judicial opinion* that has been issued is appropriate, but it is an improper occasion to argue outside the pleadings." *Nichols v. Harris*, 17 F.Supp.3d 989, 996 n.3 (C.D. Cal. 2014) (quoting *Rosenstein v. Edge Investors, L.P.*, 2009 U.S. Dist. LEXIS 27802, at *2 n.1 (S.D. Fla. Mar. 30, 2009, emphasis added).

Defendants' "Notice of Supplemental Authority No. 4," however, contains improper argument and analysis of why this Court should give deference to the opinions expressed in the Supplemental Authority, which is a "Statement of Interest" filed by the United States in an entirely different matter. This is entirely improper, and the filing should be stricken. *See, e.g., Wi-LAN Inc. v. LG Elecs., Inc.*, No. 18-CV-01577-H-BGS, 2019 U.S. Dist. LEXIS 191152, 2019 WL 5681622, at *1 n.1 (S.D. Cal. Nov. 1, 2019) ("[The defendant]s' notice of supplemental authority contains improper additional argument in support of its motion.") (citing *Hall v. Shinseki*, 717 F.3d 1369, 1373 n.4 (Fed. Cir. 2013); *Desper Prods., Inc. v. QSound Labs, Inc.*, 157 F.3d 1325, 1335 (Fed. Cir. 1998); *United States v. LaPierre*, 998 F.2d 1460, 1466 n.5 (9th Cir. 1993)).

## II.
## At Least Two Additional Courts Have Remanded Nursing Home COVID-19 Negligence Cases Since Briefing Completed In This Matter.

Plaintiffs hereby submit two additional district court decisions remanding negligence-based nursing home cases related to COVID-19 to the appropriate state court: *Estate of Smith v. Bristol at Tampa Rehab. & Nursing Ctr., LLC*, 2021 U.S. Dist. LEXIS 5210 (Middle Dist. Fla.) and *Gunter v. CCRC OPCO-Freedom Square, LLC*, 2020 U.S. Dist. LEXI 201622 (Middle Dist. Fla.); attached hereto as "Exhibit A."

///
///
///
///
///
///

1     Plaintiffs submit these authorities solely to inform the Court of these new judicial decisions.

2 *Nichols v. Harris*, 17 F.Supp.3d 989, 996 n.3 (C.D. Cal. 2014).

3 Dated: January 26, 2021                                BARADAT & PABOOJIAN, INC.

By: _____
    Warren R. Paboojian
    Jason S. Bell
    Attorneys for Plaintiffs
    JAIME GONZALEZ; JORGE
    GONZALEZ; AMERICO GONZALEZ;
    MARISUSI RODRIGUEZ; RAMONA
    RODRIGUEZ; ROBERTO GONZALEZ;
    TARCILA REVELES; and SANTIAGO
    GONZALEZ