# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GONZALEZ, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>REDWOOD SPRINGS HEALTHCARE CENTER, et al.,<br><br>   Defendants. | Case No.  1:20-cv-01260-JLT-EPG<br><br>ORDER GRANTING JOINT STIPULATION TO REMAND AND REMANDING ACTION TO TULARE COUNTY SUPERIOR COURT<br><br>(Doc. 34) |

This matter was removed to this Court from Tulare County Superior Court on September 4, 2020, by defendant Spruce Holdings, LLC d/b/a/ Redwood Springs Healthcare Center based on federal officer jurisdiction and federal question jurisdiction pursuant to 28 U.S.C. § 1331 and the Public Readiness and Emergency Preparedness Act, 42 U.S.C. §§ 247d-6d and 247d-6e (2006). (Doc. 1.) On May 27, 2022, the parties filed a joint stipulation to remand this matter to state court. (Doc. 34.) Good cause appearing, the Court adopts the parties' stipulation and directs that this matter be remanded to Tulare County Superior Court.

IT IS SO ORDERED.

Dated:  **June 7, 2022**                              /s/ Jennifer L. Thurston
                                                       UNITED STATES DISTRICT JUDGE

1